581 S.E.2d 834

The STATE, Respondent,

v.

John Edward WEIK, Appellant.

Supreme Court of South Carolina.

Jan. 9, 2003.

ORDER

We granted appellant's petition for rehearing to reconsider our decision in *State v. Weik,* Op. No. 25526, 2002 WL 2008242 (S.C. Sup.Ct. filed September 3, 2002). Following oral argument, we adhere to that decision.

s/ Jean H. Toal, C.J.
s/ James E. Moore, J.
s/ John H. Waller, Jr., J.
s/ E.C. Burnett, III, J.
s/ Costa M. Pleicones, J.